## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

**ALEXANDER THOMPSON** and
**LATREISHA THOMPSON**,

    Plaintiffs,

v.                                                                                  Case No. 8:21-cv-01908-CEH-AEP

**LENNAR MORTGAGE, LLC**,

    Defendant.
_____/

### NOTICE OF A RELATED ACTION

Pursuant to Rule 1.07(c) of the Local Rules for the United States District Court Middle District of Florida (the "Local Rules"), Defendant, LENNAR MORTGAGE, LLC, hereby certifies that the above-captioned case:

☐    **IS** related to pending or closed civil or criminal case(s) previously filed in this Court, or any other federal or state court, or administrative agency as indicated below:

☒    **IS NOT** related to any pending or closed civil or criminal case filed with this Court, or any other federal or state court, or administrative agency.

**Dated this 2nd day of September, 2021**

                                           **TRIPP SCOTT, P.A.**
*Counsel for Lennar Mortgage, LLC*
110 Southeast Sixth Street
Fifteenth Floor
Fort Lauderdale, Florida 33301
Telephone: (954) 525-7500
Facsimile: (954) 761-8475

By:   /s/  *Christina V. Paradowski*
CHARLES M. TATELBAUM

1924310v1 941000.0178                             1

              Florida Bar No. 177540
              cmt@trippscott.com
              hbb@trippscott.com
              eservice@trippscott.com
            CHRISTINA V. PARADOWSKI
              (Lead Counsel)
              Florida Bar No. 0056708
              cvp@trippscott.com
              hbb@trippscott.com
              eservice@trippscott.com

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on September 2, 2021, I electronically filed the foregoing with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record identified on the below Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive Notices of Electronic Filing.

            By: __/s/ *Christina V. Paradowski*__
            CHRISTINA V. PARADOWSKI

## **SERVICE LIST**

Kimberly H. Wochholz (Lead Counsel)
James S. Giardina
*Counsel for Plaintiffs*
The Consumer Rights Law Group, PLLC
3104 W. Waters Avenue, Suite 200
Tampa, Florida 33614
kim@consumerrightslawgroup.com
james@consumerrightslawgroup.com
*via CM/ECF Notification*